**MISSOURI CONTAINER, Appellant,**

v.

**SCHNEIDER SHOE CO., INC., Respondent.**

No. 51668.

Missouri Court of Appeals, Eastern District, Division Seven.

April 21, 1987.

Sidney Rubin, St. Louis, for appellant.

Stuart A. Cofman, St. Louis, for respondent.

ORDER

PER CURIAM.

In jury-waived case defendant won on plaintiff's claimed oral contract for sale of goods. We affirm.

The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment. An extended opinion would be of no precedential value. Judgment affirmed pursuant to Rule 84.-16(b).